UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| Carla Yeager, Individually, Kayla M. Yeager, Individually and as Mother and Special Administrator of the Estates of M.L.L.S. and B.D.S., and Dawn Summers, Personal Representative of the Estate of Steven J. Summers<br><br>  Plaintiffs<br><br>vs.<br><br>EVENFLO COMPANY, INC., a Delaware Corporation, and FORD MOTOR COMPANY, a Delaware Corporation<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 4:15-CV-175 RLY-DML<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

> The proposed schedule is APPROVED. However, the court has never vacated the current trial date of January 16, 2018, nor the final pretrial conference of December 28, 2017. Counsel must confer and file an appropriate motion with that request by September 20, 2017.
> DML
> 9/11/17

**STIPULATED AMENDED SCHEDULING ORDER**

The parties hereby stipulate, agree, and request the Court to enter the following Amended Scheduling Order. At the June 16, 2017 Status Conference with Magistrate Judge Lynch, the Court vacated the January 16, 2018 trial date, and directed the parties to submit a proposed amended scheduling order once a new trial date has been set. No trial date has yet been set. Since the June 16, 2017 Status Conference, Counsel for Evenflo has had trials set in other matters in March and June 2018. Accordingly, the parties request that this matter be set for trial on August 20, 2018 or as soon thereafter as the Court has availability. The parties anticipate this will be a three week trial.

2

## Proposed Schedule

**December 18, 2017**  Plaintiffs shall serve expert reports and provide three proposed dates for the depositions of their experts.

**February 8, 2018**  Depositions of Plaintiffs' experts to be complete by this date.

**February 22, 2018**  Defendant shall serve expert reports and provide three proposed dates for the deposition of its experts.

**April 16, 2018**  Depositions of Defendant's experts to be complete by this date. All discovery to be complete.

**May 15, 2018**  Deadline to file dispositive motions and *Daubert* motions.

**May 30, 2018**  Parties to exchange witness lists and exhibit lists.

**June 15, 2018**  Deadline to file motions *in liminie*. Parties to make any deposition designations.

**June 29, 2018**  Objections to deposition designations and counter-designations due.

**July 13, 2018**  Objections to deposition counter-designations due. Parties to submit proposed jury instructions.

**July 24, 2018**  Pre-Trial Conference

**August 20, 2018 (or as soon thereafter as the Court is available)**  Trial

/s/ Larry R. Church
Larry R. Church
Marc Tawfik
McNeely Stephenson
318 Pearl Street, Suite 200
New Albany, IN 47150
(812) 725-8224
(317) 825-5205 (fax)
E-Mail: Larry.R.Church@msth.com
        Marc.tawfik@msth.com

and

Dan H. Ball admitted *pro hac vice*
Richard P. Cassetta admitted *pro hac vice*
Bryan Cave LLP
One Metropolitan Square
211 N. Broadway, Ste 3600
St. Louis, MO 63102
(314) 259-2823
(314) 552-8823 (fax)
E-mail: dhball@bryancave.com
        richard.cassetta@bryancave.com

/s/ J. Anthony Goebel
J. Anthony Goebel
GOEBEL LAW OFFICE
1034 Copperfield Drive
Georgetown, Indiana 47122
Tel: 812-951-2500
Fax: 812-951-2522
E-mail: tony@goebellawoffice.com

and

Jason E. Robinson, OBA #22289
DENNEY & BARREIT, P.C.
870 Copperfield Dr.
Norman, OK 73 072
Tel: 405-364-8600
Fax: 405-364-8970
E-mail: jrobinson@dennbarr.com