UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
AT NEW ALBANY

Carla Yeager, Individually, Kayla M.               )
Yeager, Individually and as Mother and             )
Special Administrator of the Estates of            )
M.L.L.S. and B.D.S., and Dawn                      )
Summers, Personal Representative of the            )
Estate of Steven J. Summers                        )
                                                   )
          Plaintiffs                               )    CASE NO. 4:15-CV-175 RLY-DML
                                                   )
vs.                                                )
                                                   )
EVENFLO COMPANY, INC., a Delaware                  )
Corporation,                                       )
                                                   )
          Defendant.                               )

**PLAINTIFFS' MOTION TO SEAL DOCUMENT #153**

Per this Court's Order of December 11, 2015 (Doc. 13), Plaintiffs ask the Court to seal

their *Combined Response* to Defendant's Motion to Exclude (Doc. 153).    During a recent

review of that pleading, Plaintiffs discovered that they failed to redact an excerpt of deposition

testimony at page 12 thereof.

s/ Jason E. Robinson
Richard L. Denney, OBA #2297
Jason E. Robinson, OBA #22289
DENNEY & BARRETT, P.C.
870 Copperfield Dr.
Norman, OK 73072
Tel:  405-364-8600
Fax:  405-364-3980
E-mail:  rdenney@dennbarr.com
         jrobinson@dennbarr.com

and

J. Anthony Goebel
GOEBEL LAW OFFICE
1034 Copperfield Drive

Georgetown, Indiana 47122
Tel:  812-951-2500
Fax:  812-951-2522
E-mail:  tony@goebellawoffice.com

*Attorney for Plaintiffs Carla Yeager,*
*Individually, and Kayla M. Yeager,*
*Individually and as Mother and Special*
*Administrator of the Estates of M.L.L.S. and*
*B.D.S.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June, 2018, a copy of this pleading was filed electronically.  Notice of filing will be sent to the following counsel by operation of the Court's electronic filing system.  Parties may access this document through the Court's electronic filing system.

Larry R. Church, Esq.
Marc Tawfik, Esq.
MCNEELY STEPHENSON
318 Pearl Street, Suite 200
New Albany, IN 47150
Tel: 812-725-8224
Fax: 317-825-5205
Email: larry.r.church@msth.com
        marc.tawfik@msth.com

Richard P. Cassetta, Esq.
Dan H. Ball, Esq.
Bryan Cave LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Email: richard.cassetta@bryancave.com
        dhball@bryancave.com

*Counsel for Defendant, Evenflo Company, Inc.*

s/ Jason E. Robinson
Jason E. Robinson